UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION



Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No.: 2:25-CR- 128 |
| CYNTHIA BOWMAN | ) JUDGE CORKER/WYRICK |
| also known as "China" | ) SEALED |
| | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that, from on or about December 2024 to December 9, 2025, in the Eastern District of Tennessee and elsewhere, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority, combine, conspire, confederate and agree with diverse others, both known and unknown to the Grand Jury, to engage in a conspiracy against the United States of America to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1)      April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

## COUNT TWO

The Grand Jury further charges that on or about December 17, 2024, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its salts, its isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1)      April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute

Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

### COUNT THREE

The Grand Jury further charges that on or about January 3, 2025, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its salts, its isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1) April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

## COUNT FOUR

The Grand Jury further charges that on or about January 9, 2025, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its salts, its isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1) April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

## COUNT FIVE

The Grand Jury further charges that on or about February 26, 2025, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its

salts, its isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1) April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

## COUNT SIX

The Grand Jury further charges that on or about March 13, 2025, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its salts, its isomers, and salts of its isomers, a Schedule II controlled substance.

[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by

imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1)      April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136, under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

## COUNT SEVEN

The Grand Jury further charges that on or about July 1, 2025, in the Eastern District of Tennessee, the defendant, CYNTHIA BOWMAN, also known as "China", did knowingly, intentionally, and without authority distribute fifty (50) grams or more of methamphetamine, its salts, its isomers, and salts of its isomers, a Schedule II controlled substance.
[21 U.S.C. § 841(a)(1), (b)(1)(A)]

Before committing the offense charged in this Count, the defendant, CYNTHIA BOWMAN, also known as "China", had at least one final conviction for a serious drug felony punishable by imprisonment for more than one year, pursuant to Title 21, United States Code, Section 802(57) and (58),

1)      April 10, 2019: CYNTHIA BOWMAN, also known as "China", was convicted in the United States District Court for the Eastern District of Tennessee, Case Number 2:17-CR-136,

under 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), Conspiracy to Possess with the Intent to Distribute Less Than 28 Grams of Cocaine Base ("Crack"), for which the defendant was sentenced to 37 months imprisonment.

As a result, the defendant, CYNTHIA BOWMAN, also known as "China", is subject to enhanced penalty under Title 21, United States Code Sections 841(b)(1)(A) and 851.

A TRUE BILL:

FOREPERSON

APPROVED:

FRANCIS M. HAMILTON, III
United States Attorney

By: _____
ANCHARLENE D. DAVIS
Special Assistant United States Attorney